# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Gucci America, Inc.

V.

Purseperfect.com, Valerie K. Olshewsky,
Nadia's Closet, LTD. and
Various John Does

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10261 REK

TO: (Name and address of Defendant)

Valerie K. Olshewsky
6033 N. Sheridan Road, 40K
Chicago, IL 60660

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Schonfeld
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  FEB 19 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE: February 15, 2004 12:25 P.M. C.S.T |
| NAME OF SERVER (PRINT): James Joyce | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 6033 North Sheridan Road, Apt. 40K, Chicago, IL 60660

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 19 MI | Process Service | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02.15.04 12:25 P.M.      Signature of Server: /s/ James Joyce
           Date C.S.T.

Address of Server: 1560 Sherman Avenue, Evanston, IL 60201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.