SCANNED
DATE: 3/5/04
BY: Hmc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUCCI AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PURSEPERFECT.COM, )<br>VALERIE K. OLSHEWSKY, )<br>NADIA'S CLOSET, LTD., AND )<br>VARIOUS JOHN DOES )<br>)<br>Defendants )<br>) | C.A. NO. 04-10261-REK |

### STIPULATION OF PERIOD IN WHICH TO ANSWER
### OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff Gucci America, Inc. and defendants Purseperfect.com, Valerie K. Olshewsky, and Nadia's Closet, Ltd. (the "Stipulating Parties") hereby stipulate to enlarge the period for defendants to answer the Complaint through and including **Wednesday, March 31, 2004.**

In support of this Stipulation, the Stipulating Parties state that they are attempting to negotiate a resolution to this dispute. The Stipulating Parties are optimistic that this dispute can be resolved by agreement and respectfully request the Court's approval of this Stipulation.

| | |
|---|---|
| GUCCI AMERICA, INC<br><br>By its attorneys,<br><br>*/Marc Schonfeld (JCK)*<br>Mark Schonfeld (BBO No. 446980)<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>Telephone: (617) 345-3000 | PURSEPERFECT.COM,<br>VALERIE K. OLSHEWSKY,<br>NADIA'S CLOSET, LTD.<br><br>By its attorneys,<br><br>*Jason C. [signature]*<br>Jason C. Kravitz (BBO # 565904)<br>NIXON PEABODY LLP<br>101 Federal Street<br>Boston, MA 02110<br>Telephone: (617) 345-1318 |

Dated: March 5, 2004

Having reviewed the above Stipulation, IT IS SO ORDERED.

DATED: _____

                                           _____
                                           Keeton, R.
                                           United States District Judge